### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

IN RE: **Terrell Andrew Thomas**

**Ashley Marie Thomas**

Debtor(s)

Case No.

Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*

## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*

*Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

### Plan Summary

**A.** The Debtor's Plan Payment will be _____ **$479.00  Monthly**_____, paid by  ☑ Pay Order or ☐ Direct Pay for _____ **60 months** _____. The gross amount to be paid into the plan is _____ **$28,740.00** _____.

**B.** The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately __ **4%** __ of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

**C.** The value of the Debtor's non-exempt assets is _____ **$0.00** _____.

**D.** If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

### Plan Provisions

### I.  Vesting of Estate Property

☐ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall remain as property of the estate.

☑ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Terrell Andrew Thomas**                                    Case No.

   **Ashley Marie Thomas**
            Debtor(s)                                    Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*

## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 1*

---

### II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
| | | |

### III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| (None) | | | |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| (None) | | | |

### IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| USA Discounters LTD Bedroom Set, TC and laptop. | $6,504.00 | $1,500.00 | Pro-Rata | 5.25% | $1,679.34 | |

Form 11/7/05

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

IN RE:  **Terrell Andrew Thomas**                                    Case No.

**Ashley Marie Thomas**

Debtor(s)                                                            Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*

## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 2*

---

*"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on*
_____**June 3, 2014**_____ *."*

**/s/ Terrell Andrew Thomas**_____          **/s/ Ashley Marie Thomas**_____
Debtor                                                   Joint Debtor

## V.  Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided.  If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions.  Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date.  If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.  (Debtor must list the specific exempt property that the lien impairs and the basis of the exemption--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
|  |  |  |

## VI.  Specific Treatment for Payment of Allowed Claims

### 1.  PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS

**A.**   Debtor(s) shall pay the following creditors directly.  Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly.  Minors should be identified by their initials only.  If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth.  Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
|  |  |  |  |

**B.**   Debtor surrenders the following collateral.  Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
|  |  |

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

IN RE:  **Terrell Andrew Thomas**
        **Ashley Marie Thomas**
               Debtor(s)

Case No.

Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*
### DEBTOR(S)' CHAPTER 13 PLAN
### AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE
*Continuation Sheet # 3*

## 2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS

**A.**  Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees.  The Trustee shall receive up to 10% of all sums received.  No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Watson Law Firm, P.C. | $3,200.00 | Along With | |

**B.**  Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Internal Revenue Service | $1,100.00 | Along With | |

**C.**  Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| | | | | | | |

**D.**  Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| | | | |

**E.**  Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328.  Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| Flagship Credit Acceptance 08 Santa Fe | $14,422.00 | $14,500.00 | Pro-Rata | 5.25% | $16,146.40 | |
| USA Discounters LTD Bedroom Set, TC and laptop. | $6,504.00 | $1,500.00 | Pro-Rata | 5.25% | $1,679.34 | |

Form 11/7/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:  **Terrell Andrew Thomas**                                            Case No.
        **Ashley Marie Thomas**
            Debtor(s)                                            Chapter 13 Proceeding

☐ *AMENDED*    ☐ *MODIFIED*

<u>**DEBTOR(S)' CHAPTER 13 PLAN**</u>
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 4*

**F.**   General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately _____**4%**_____ of their allowed claims.

| Creditor | Estimated Debt | Remarks |
|---|---|---|
| Aaron Sales & Lease Ow | $1,352.00 | |
| Afni | $888.00 | |
| Army Emergency Relief | $600.00 | |
| At & T | $200.00 | |
| Bank of America | $107.00 | |
| Bank of America | $600.00 | |
| Capital One NA | $1,700.00 | |
| CBA Collection Bureau | $391.00 | |
| Cci | $1,474.00 | |
| Chase | $1,000.00 | |
| Chase | $600.00 | |
| Comcast | $400.00 | |
| Copper Ridge on McKellips | $6,000.00 | |
| COX Communication | $105.00 | |
| El Paso Electric | $1.00 | |
| Enhanced Recovery Corporation | $889.00 | |
| Enhanced Recovery Corporation | $92.00 | |
| Hunter Warfield | $2,328.00 | |
| MARS, Inc | $240.00 | |
| Mercy Gilbert Medical Center | $800.00 | |
| Mesa Hills Apartments | $1,500.00 | |
| Military Credit Services, LLC | $2,700.00 | |
| Military Star | $250.00 | |
| Military Star Card | $4,000.00 | |
| Navy Federal CU | $646.00 | |
| Navy Federal CU | $1,500.00 | |
| Navy Federal CU | $1,200.00 | |
| Omni Financial of Texas | $342.00 | |
| Pioneer Mcb | $1,137.00 | |
| Procollet, Inc | $3,963.00 | |
| Rac Acceptance | $1,000.00 | |
| Sallie Mae | $38,150.00 | |
| Sonora Canyon | $2,100.00 | |
| Southwest Credit System | $2,675.00 | |
| Speedy Cash | $300.00 | |
| Sprint PCS | $0.00 | |

Form 11/7/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:  **Terrell Andrew Thomas**                                              Case No.

**Ashley Marie Thomas**

Debtor(s)                                              Chapter 13 Proceeding

☐ *AMENDED*     ☐ *MODIFIED*

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 5*

| | | |
|---|---|---|
| T-Mobile | $1,200.00 | |
| Take it Home Today | $2,000.00 | |
| The Electric Company | $400.00 | |
| US Bank | $0.00 | |
| US Bank | $1,500.00 | |
| US Cellular | $1,500.00 | |
| USA Discounters LTD | $5,004.00 | Unsecured portion of the secured debt (Bifurcated) |
| USAA | $900.00 | |
| Verizon Wireless | $1,700.00 | |
| Wells Fargo | $0.00 | |

**Totals:**

| | |
|---|---|
| Administrative Claims | **$3,200.00** |
| Priority Claims | **$1,100.00** |
| Arrearage Claims | **$0.00** |
| Cure Claims | **$0.00** |
| Secured Claims | **$15,922.00** |
| Unsecured Claims | **$95,434.00** |

## VII.  Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:

**Agreed Orders**

Agreed Orders shall control in any conflict between Plan provisions and the provisions in the Agreed Orders.

**Disposable Earnings**

Pursuant to 11 U.S.C. § 1322(a)(1) of the Bankruptcy Code, the Debtor(s) shall submit all or such portion of future earnings or other future income of the debtor to the supervision and control of the trustee as is necessary for the execution of the plan. The Debtor(s) agree to report to the Trustee any changes in income that would necessitate modifying their plan by either increasing or decreasing their plan payment or increasing or decreasing payout to unsecured creditors

**Authorization to send monthly bills**

Confirmation of the Plan shall constitute authority for creditors, such as lien-holders on real property and lien-holders on vehicles, who receive monies as direct payments from Debtor(s) as a result of Debtor(s) election to pay such monies outside of the plan to send monthly statements as a convenience to the Debtor(s) and such statements shall not be considered a violation of the provisions of the automatic stay.

Form 11/7/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:  **Terrell Andrew Thomas**                                    Case No.

   **Ashley Marie Thomas**
              Debtor(s)                                              Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 6*

---

**Certain Pre-Confirmation Disbursements**

If a creditor is listed as secured and scheduled to receive pre-confirmation disbursements and post-confirmation payments along with the other secured creditors, but such creditor subsequently files an unsecured claim, then the creditor will not receive any pre-confirmation disbursements and upon confirmation will be paid along with the other unsecured creditors.  The funds that were allocated to such creditor as a pre-confirmation disbursement will be distributed on a pro-rata basis to the other secured creditors.  Similarly, the funds scheduled to be received by such creditor along with other secured creditors on a pro-rata basis.


**Misfiled and Unfiled Creditors Paid Accordingly**

If any secured proof of claim is timely filed for a debt that was either not listed or listed as unsecured, the claim shall be allowed as secured unless, it is objected to.  Said claims shall be paid under the plan at 5.5% interest.  Likewise, if any priority proof of claim is timely filed for a debt that was either not listed or listed as unsecured, the claim shall be allowed as priority unless it is objected to.  Said priority claim shall not be paid with any interest.


Respectfully submitted this date:  __6/3/2014_____.


                                          **/s/ W. Matt Watson**
                                          _____
                                          W. Matt Watson
                                          1123 E. Rio Grande
                                          El Paso, Texas 79902
                                          Phone: (915) 562-4357 / Fax: (866) 201-0967
                                          (Attorney for Debtor)


**/s/ Terrell Andrew Thomas**                    **/s/ Ashley Marie Thomas**
_____         _____
Terrell Andrew Thomas                     Ashley Marie Thomas
1213 Pebble Hills #A103                    1213 Pebble Hills #A103
El Paso, TX  79936                         El Paso, TX  79936
(Debtor)                                   (Joint Debtor)


Form 11/7/05

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:  **Terrell Andrew Thomas** _____     CASE NO.
                                   *Debtor*

        **Ashley Marie Thomas** _____     CHAPTER  **13**
                                   *Joint Debtor*

## CERTIFICATE OF SERVICE

_____

   I, the undersigned, hereby certify that on June 5, 2014, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

           **/s/ W. Matt Watson** _____
           W. Matt Watson
           Bar ID:24028878
           Watson Law Firm, P.C.
           1123 E. Rio Grande
           El Paso, Texas 79902
           (915) 562-4357

_____

| | | |
|---|---|---|
| Aaron Sales & Lease Ow<br>XXXXXXXX5963<br>1015 Cobb Place Blvd<br>Kennesaw, GA 30144 | Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285 | Cci<br>XXXXXX8354<br>P.O. Box 2126009<br>Augusta, CA 30917 |
| Afni<br>XXXXXX9768<br>P.O. Box 3097<br>Bloomington, IL 61702 | Bank of America<br>Attn: Bankruptcy Dept<br>PO Box 26012<br>Greensboro, NC 27420 | Chase<br>P.O. Box 24696<br>Columbus, OH 43224 |
| Army Emergency Relief<br>200 Stovall Street #5s33<br>Alexandria, VA  22332-4005 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Chase<br>Attn: Bankruptcy Dept<br>PO Box 100018<br>Kennesaw, GA 30156 |
| At & T<br>Bankruptcy Department<br>P.O. Box 769<br>Arlington, TX 76004 | CBA Collection Bureau<br>XXXXXX7022<br>25954 Eden Landing Rd<br>Hayward, CA 94545 | Comcast<br>P.O. Box 530099<br>Atlanta, GA 30353-0099 |

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

IN RE:  **Terrell Andrew Thomas**                                    CASE NO.
_____
                    *Debtor*

         **Ashley Marie Thomas**                                    CHAPTER    **13**
_____
                    *Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

---

Copper Ridge on McKellips
550 East McKellips Road
Mesa, AZ  85203

Hunter Warfield
XXXXXXXX0289
4620 Wooland Corp
Tampa, FL 33614

Military Star Card
3911 S. Walton Walker Blvd
Dallas, TX 75236-1598


COX Communication
1400 Lake Heam Dr
Atlanta, GA 30319

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Navy Federal CU
XXXXXX0180
P.O. Box 3700
Merrifield, VA 22119


El Paso Electric
P.O. Box 20982
El Paso, TX 79998

MARS, Inc
XXXXXX4586
5810 E. Skelly Dr
Tulsa, OK 74135

Navy Federal CU
P.O. Box 3700
Merrifield, VA 22119


Enhanced Recovery Corporation
XXXXXX1475
8014 Bayberry Rd.
Jacksonville, FL 32256

Mercy Gilbert Medical Center
3555 S. Val Vista Dr.
Gilbert, AZ  85297

Navy Federal CU
P.O. Box 3700
Merrifield, VA 22119


Enhanced Recovery Corporation
XXXXXX8473
8014 Bayberry Rd.
Jacksonville, FL 32256

Mesa Hills Apartments
6015 Mesa Hills Dr
El Paso, TX 79912

Omni Financial of Texas
XXXXXX2012
P.O. Box 31117
El Paso, TX 79931


Enhanced Recovery Corporation
8014 Bayberry Rd.
Jacksonville, FL 32256

Military Credit Services, LLC
1150 E. Little Creed Rd., Siute 201
Norfolk, VA 23518

Pioneer Mcb
4000 South Eastern
Suite 300
Las Vegas, NV 89119


Flagship Credit Acceptance
40292601001
P.O. Box 975658
Dallas, TX 75397-5658

Military Star
P.O. Box 660202
Dallas, TX 75266

Procollet, Inc
XXXXXXXXXX7600
12170 Abrams Rd Ste 100
Dallas, TX 75243

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:  **Terrell Andrew Thomas**                                    CASE NO.
_____
                    *Debtor*


        **Ashley Marie Thomas**                                    CHAPTER    **13**
_____
                    *Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #2)

_____

Rac Acceptance                    T-Mobile                          US Cellular
5501 Headquarters Dr              Bankruptcy Department             Dept 0205
Plano, TX 75024                   P.O. Box 53410                    Palatine, IL 60055-0205
                                  Bellevue, WA 98015-53410


Sallie Mae                        Take it Home Today                USA Discounters LTD
XXXXXX3084                        P.O. Box 78731                    XXXXXX7170
P.O. Box 9655                     Phoenix, AZ85062                  3320 Holland Rd
Wilkes Barre, PA 18773                                              Virginia Beach, VA 234524826


Sonora Canyon                     Terrell Andrew Thomas             USAA
265 N. Gilbert Rd                 1213 Pebble Hills #A103           10750 McDermott Fwy
Mesa, AZ 85203                    El Paso, TX  79936                San Antonio, TX 78288-0570


Southwest Credit System           The Electric Company              Verizon Wireless
XXXXXX0673                        P.O. Box 982                      PO Box 3397
5910 W Plano Parkway              El Paso, TX 79960                 Bloomington, IL 61702
Plano, TX 75093


Speedy Cash                       US Attorney Office                Wells Fargo
P.O. Box 780408                   700 E. San Antonio St. Ste 200    1515 North Lee Trevino
Wichita, KS  67278                El Paso, TX 79901                 El Paso, TX 79936


Sprint PCS                        US Bank
PO Box 660092                     P.O. Box 79048
Dallas, TX 75266-0092             St. Louis, MO  63179


STUART C. COX                     US Bank
Standing Chapter 13 Trustee,      P.O. Box 79048
1760 North Lee Trevino Dr.        St. Louis, MO  63179
El Paso, TX  79936